IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI P. SPEARER,<br><br>  Plaintiff,<br><br> v.<br><br>FIRST NATIONAL COLLECTION BUREAU INC.,<br><br>  Defendant.<br>_____/ | No. C 09-03653 JSW<br><br>**ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR ALL PURPOSES** |

  Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for all further proceedings.

  **IT IS SO ORDERED.**

Dated: November 30, 2009

                    /s/ Jeffrey S. White
                    JEFFREY S. WHITE
                    UNITED STATES DISTRICT JUDGE

cc; Wings Hom